# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:00-CR-778-01 (GEB) |
| v. | CONSENT ORDER |
| PETER A. MURPHY, | |
| Defendant. | |

**RECEIVED**
NOV 19 2004
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

This matter having come before the Court on the application of defendant Peter A. Murphy, by Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. (Lawrence S. Lustberg, Esq., appearing), for an Order, pursuant to 18 U.S.C. §3583(e)(1), terminating defendant Murphy's term of supervised release, and the United States Probation Office having no objection to the termination of such supervised release in view of defendant Murphy's compliance during supervision and his satisfaction of all monetary obligations in connection with his conviction, and the United States, by James B. Nobile, Assistant United States Attorney, consenting to the entry of such Order, and for good cause shown,

IT IS on this _17th_ day of November, 2004,

ORDERED that the period of supervised release imposed upon defendant Murphy on November 7, 2003 be and it hereby is terminated.

_____
Honorable Garrett E. Brown, Jr.
United States District Judge

Consented to as to form and entry

_____  
James B. Nobile, AUSA

_____  
Lawrence S. Lustberg, Esq.